**UNITED STATES, for Use of LOUIS G. MILLER, Inc., v. EDWIN CONSTRUC-TION CO., Inc., et al.**

**No. 84.**

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

Frank A. Jablonka, of Brooklyn, for appellants.

N. William Welling, of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

This is an action under the Heard Act, 40 U.S.C.A. § 270a, brought by a subcontractor against the general contractor and its surety. The case was tried to the court without a jury, and findings of fact were made which are justified by the evidence and adequate to support the judgment. The contention that plaintiff's cause of action was unenforceable because of failure to plead or prove licensing and registration of its business is without merit. Miller testified to his license as a plumbing and heating contractor. No license for electric work was required, since the plaintiff did none; it merely furnished certain electrical equipment on which others did the work of installation.

Judgment affirmed.